## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Leon Modrowski

                Plaintiff,

v.

John Pigatto, et al.

                Defendant.

Case No.: 1:09–cv–07002
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 19, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: The Court denies plaintiff's motion for reconsideration [doc. no. 29] of its dismissal with prejudice of Counts I and III of the complaint. As set forth in the Court's order dismissing those claims, plaintiff pleaded himself out of an electronic Communications Act claim and cannot, as a matter of law, state a claim for violation of the Wiretapping Act. (See Mem. Op. & Order of 6/25/10.) Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.